948

No. 575. FIRST NATIONAL CITY BANK OF NEW YORK v. INTERNAL REVENUE SERVICE. C. A. 2d Cir. Certiorari denied. *John A. Wilson, MacIlburne Van Voorhies* and *Michael J. DeSantis* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for respondent. *Donald MacKinnon* filed a brief for the Chase Manhattan Bank, as *amicus curiae,* in support of the petition.

No. 576. TANNER v. ERVIN, EXECUTOR. Supreme Court of North Carolina. Certiorari denied. *Henry H. Edens* for petitioner.

No. 584. SHORT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *George B. Grigsby* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 598. PACIFIC MUTUAL LIFE INSURANCE Co. v. DIXON. C. A. 2d Cir. Certiorari denied. *Henry I. Fillman* and *Otto C. Sommerich* for petitioner. *Samuel W. Sherman* for respondent.

No. 618. INTERNATIONAL BASIC ECONOMY CORP. v. BLANCO-LUGO. C. A. 1st Cir. Certiorari denied. *John T. Noonan* for petitioner. *Felix Ochoteco, Jr.* for respondent.

No. 224, Misc. HATCHER v. CULVER, STATE PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Leonard R. Mellon,* Assistant Attorney General, for respondent.